# SIXTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 6D2025-0262
Lower Tribunal No. 2024-CC-000783

_____

STEPHEN PATRICK YOUNG,

Appellant,

v.

JHZ HOLDINGS, LLC,

Appellee.

_____

Appeal from the County Court for Highlands County.
Anthony L. Ritenour, Judge.

June 12, 2026

PER CURIAM.

We dismiss this appeal because Appellant lacks standing.

DISMISSED.

TRAVER, C.J., and KAMOUTSAS and PRATT, JJ., concur.


Stephen Patrick Young, Sebring, pro se.

Shannon Nash, of Nash Legal, P.A., Sebring, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF TIMELY FILED